```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
                                                           :
   TROY FIGUEROA,                                          :
                              Plaintiff,                   :
                                                           :    19-CV-10980 (JPO)
                  -v-                                      :
                                                           :         ORDER
   JAMIE GUERRA et al.,                                    :
                                                           :
                              Defendants.                  :
-----------------------------------------------------------:
                                                           X
```

J. PAUL OETKEN, District Judge:

This case was removed from New York Supreme Court, Bronx County, on November 27, 2019. Counsel for the plaintiff is directed to file an appearance with this Court no later than December 27, 2019.

Counsel for the defendants shall serve a copy of this order on counsel for the plaintiff by December 13, 2019.

SO ORDERED.

Dated: December 3, 2019
       New York, New York

_____
J. PAUL OETKEN
United States District Judge