UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
                           :

TROY FIGUEROA,                     :
                           :
             Plaintiff,       :
                           :        19-CV-10980 (JPC)
      -v-                  :
                           :          <u>ORDER</u>
JAMIE GUERRA and KORSON AND CO., INC., :
                           :
          Defendants.     :
                           :
------------------------------------------------------------------X

JOHN P. CRONAN, United States District Judge:

      Counsel for all parties are hereby ORDERED to appear before the undersigned for a post-

discovery status conference on February 25, 2021, at 11:30 a.m.  At the scheduled time, counsel for

all parties should call (866) 434-5269, access code 9176261.

      SO ORDERED.

Dated: February 1, 2021
      New York, New York                  JOHN P. CRONAN
                                      United States District Judge