# BUTTAFUOCO
## BUTTAFUOCO & ASSOCIATES PLLC

May 4, 2021

Attn.: Magistrate Judge John P. Cronan
United States District Court
Southern District of New York
500 Pearl St
New York, New York  10007

   Re:  Figueroa v. Guerra, et al.
   Docket No.: 19-CV-10980 (JPC)

Your Honor:

  We are pleased to inform the Court that the parties have reached a settlement of all claims in this matter.

  Settlement papers have been exchanged. This matter is on for a conference tomorrow, May 5, 2021.

  It is requested by both sides that the conference be adjourned to allow time for the filing of a stipulation of voluntary dismissal.

            Respectfully submitted,

            SHAWN M. ALFANO, ESQ.

            MICHELLE S. REGAN, ESQ.

The parties' request is granted. The post-discovery status conference scheduled for May 5, 2021, at 10:00 a.m. is adjourned *sine die*.

If this case is not voluntarily dismissed by June 15, 2021, the parties are directed to file a joint status letter on that date, describing the status of settlement discussions.

SO ORDERED.

Date: May 4, 2021    JOHN P. CRONAN
   New York, New York United States District Judge

---

DANIEL P. BUTTAFUOCO
Board Certified in
Civil Trial Advocacy

MARK T. FREELEY

JAMES S. MCCARTHY

SHAWN M. ALFANO

ELLEN BUCHHOLZ

SCOTT J. SZCZESNY

KRISTEN N. BUTTAFUOCO

144 Woodbury Road
Woodbury, NY 11797
P 516.746.8100
F 516.746.6473

WE HELP ACCIDENT VICTIMS REBUILD THEIR LIVES.

